UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR MYASNYANKIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 25-cv-03150-EMC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND**<br><br>Docket No. 12 |

Before the Court is a motion by Plaintiffs Vladimir and Lana Myasnyankin in Case No. 3:25-cv-03150-EMC, to remand the case back to state court under 28 U.S.C. §1447(c) for lack of jurisdiction. Docket No. 12. The Court, having considered the papers and argument, good cause appearing therefore, hereby finds and orders as follows:

1. Defendant Lindsey Lathrum is a California resident. *See* Dkt. 16, Lathrum Answer;
2. Defendant Joe Austin is a California resident. *See* Dkt. 17, Austin Answer.
3. Defendant Nationwide Mutual Insurance Company agrees remand must occur as there is not complete diversity of citizenship between all plaintiffs and all defendants. *See* Docket No. 14.
4. The Court **GRANTS** Plaintiffs' motion for remand.
5. This action is remanded to the Superior Court of California, County of Marin, Case No. CV0005564.
6. Plaintiffs are awarded costs against Defendant Nationwide Mutual Insurance Company and/or its counsel in the amount of $2,500 incurred in connection with

the remand of this action.  Defendants have agreed to issuing Plaintiffs a check in this amount.  *See* Docket No. 14.

**IT IS SO ORDERED**.

Dated: May 20, 2025



_____
EDWARD M. CHEN
United States District Judge

2